# United States Court of Appeals
## For the First Circuit

No. 05-2859

OVERSEAS MILITARY SALES CORPORATION, LTD.,

Plaintiff, Appellant,

v.

NOEMA GIRALT-ARMADA, in her capacity as
Secretary of the Department of Consumer Affairs of the
Commonwealth of Puerto Rico; ERNESTO NIEVES-NIEVES,

Defendants.

ERRATA

The opinion of this court issued on September 14, 2007 is amended as follows:

On page 9, lines 9-11 should read: The controversy between OMSC and appellees expired when the Commonwealth conceded that "appellant's arguments on appeal were correct as a matter of law."